FRANK MARZOTTO, PLAINTIFF-APPELLANT, v. GAY GAR-
MENT CO., A NEW JERSEY CORPORATION, DEFEND-
ANT, AND 54-62 SUMMER AVE. CORP., A NEW JERSEY
CORPORATION, AND NATHAN PECKERMAN, INDI-
VIDUALLY AND TRADING AS GAY GARMENT CO., DE-
FENDANTS-RESPONDENTS.

Argued May 7, 1951—Decided May 14, 1951.

*Mr. Leonard Estrin* argued the cause for the appellant
(*Mr. Joseph P. Dallanegra,* attorney).

*Mr. Jerome S. Lieb* argued the cause for the respondent,
54–62 Summer Ave. Corp. (*Messrs. Harkavy & Lieb,*
attorneys).

*Mr. Bernard Shurkin* argued the cause for the respondent,
Nathan Peckerman.

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge McGeehan speaking for the
majority in the Appellate Division of the Superior Court,
11 *N. J. Super.* 46, except that the defendant, Nathan Peck-
erman, is relieved of the payment of the plaintiff's costs on
his appeal as provided in said opinion.

*For affirmance and modification*—Chief Justice VANDER-
BILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD,
BURLING and ACKERSON—7.

*For reversal*—None.